In the Matter of the Claim of JOHN KOPRDA, Respondent, against CADILLAC MOTOR CAR DIVISION and ROYAL INDEMNITY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award of the State Industrial Board under the Workmen's Compensation Law granting disability compensation. The State Industrial Board found that claimant became disabled as the result of " bronchiectasis and bronchial asthma, an occupational disease, which was contracted by him in and due to the nature of his employment." Claimant's employment was that of spraying automobiles with Duco, in which employment he inhaled Duco fumes, a lacquer-nitro-glycerine preparation, which caused irritation of the bronchi and made him suffer from asthmatic attacks, bronchiectasis and bronchial asthma. It was also found that the disease from which he was suffering arose from conditions characteristic of and due to the work which he was doing. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.